# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Mark S. Melodia
+1 212-513-3583
Mark.Melodia@hklaw.com

November 22, 2022

*via ECF*

The Honorable Paul Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *David McCausland v. Gray Media Group, Inc.,* Case No. 1:22-cv-07539-PGG

Dear Judge Gardephe:

Pursuant to Rule I(E) of Your Honor's Individual Rules of Practice, counsel for Plaintiff David McCausland ("Plaintiff") and Defendant Gray Media Group, Inc. ("Defendant" and, together with Plaintiff, the "Parties") submit this joint letter to request an adjournment of the pretrial conference currently scheduled for December 1, 2022 at 10:45 AM. [ECF No. 11]. This is the first request for an adjournment of the initial conference.

Plaintiff filed this action on September 2, 2022 [ECF No. 1] against Gray Television, Inc. alleging violation of the Video Privacy Protection Act, 18 U.S.C. § 2710 *et seq*. On November 3, 2022, Plaintiff filed an Amended Complaint against Gray Media Group, Inc. Defendant's response is due December 5, 2022. [ECF No. 20]. The Parties respectfully request that this Court reschedule the pretrial conference to a date after Defendant has responded to Plaintiff's Amended Complaint.

Mindful that this Court typically holds civil conferences on Thursday mornings, the Parties respectfully request that this Court adjourn the pretrial conference to January 5, 2023.

Thank you for your time and attention to this matter.

Respectfully,

MEMO ENDORSED

The Application is granted. The Conference is adjourned to Jan. 5, 2023 at 10:00 A.M.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Nov. 29, 2022

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville
Lakeland | Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford
Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Bogotá | London | Mexico City

November 22, 2022
Page 2

| | |
|---|---|
| **HOLLAND & KNIGHT LLP** <br> *Attorneys for Defendant* | **LIDDLE SHEETS COULSON P.C.** <br> *Attorneys for Plaintiff* |
| By:  */s/ Mark S. Melodia* <br>     Mark S. Melodia, Esq. <br>     Hilary Lane, Esq. | By:  */s/ Lance T. Spitzig* <br>     Lance T. Spitzig, Esq. <br>     Nicholas A. Coulson, Esq. |

#180729769_v1