UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MCCAUSLAND, on behalf of
himself and all others similarly situated,

                Plaintiff,

- against -

GRAY TELEVISION, INC.,

                Defendant.

**ORDER**

22 Civ. 7539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Complaint cites Defendant's Terms of Use. (Cmplt. (Dkt. No. 1) ¶ 11 & n.1) The parties will file on the docket a copy of the Terms of Use and all content hyperlinked therein – including the "GTI Privacy Policy" – by **Friday, January 6, 2023**. The conference scheduled for January 5, 2023, is adjourned to **Thursday, January 12, 2023, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 3, 2023

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge