UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MCCAUSLAND, on behalf of himself and all others similarly situated,

             Plaintiff,

- against -

GRAY TELEVISION, INC.,

             Defendant.

**ORDER**

22 Civ. 7539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As stated in open court today, Defendant will file its supplemental letter by **January 19, 2023**. Plaintiff will file his response to Defendant's supplemental letter by **January 26, 2023**.

Dated: New York, New York
       January 12, 2023

SO ORDERED.

*Paul Gardephe*
Paul G. Gardephe
United States District Judge