UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MCCAUSLAND, on behalf of
himself and all others similarly situated,

        Plaintiff,

- against -

GRAY TELEVISION, INC.,

        Defendant.

**ORDER**

22 Civ. 7539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Over the next forty-five days, the parties will conduct discovery regarding personal jurisdiction and venue. Discovery during this period will address the following subjects:

1. the dates and times on which Plaintiff alleges that he accessed a video or videos on a website controlled by Defendant, in connection with which Plaintiff's Facebook ID, the name of the video, and the URL of the website were transmitted to Facebook; and

2. with respect to each such incident,

    a. the Terms of Use that were in effect at that time,

    b. whether, and if so how, Plaintiff was put on notice of the Terms of Use in effect at the time that Plaintiff accessed a video, and

    c. whether, and if so how, Plaintiff manifested consent to the Terms of Use in effect at the time that he accessed a video. See generally Meyer v. Uber Techs., Inc., 868 F.3d 66, 75-76 (2d Cir. 2017) (outlining notice and consent principles with respect to online "browserap" and "shrinkwrap" contracts).

        By **March 23, 2023,** the parties will submit letters setting forth what their jurisdictional discovery has revealed. Discovery during the forty-five day period is limited to the

topics listed above.

Dated: New York, New York
       January 30, 2023

SO ORDERED.

*Paul B. Gardephe* (signature)

Paul G. Gardephe
United States District Judge