UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID MCCAUSLAND, on behalf of himself and all others similarly situated,

                Plaintiff,

- against -

GRAY MEDIA GROUP, INC.,

                Defendant.

**ORDER**

22 Civ. 7539 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In a March 31, 2024 order, this Court granted Defendant Gray Media Group, Inc.'s motion to dismiss the Amended Complaint. (Dkt. No. 59) In the order, this Court granted Plaintiff leave to move to amend, but directed that any such motion was to be filed by April 15, 2024. (Id. at 16) Plaintiff has not filed a motion for leave to amend. Accordingly, the Clerk of Court is directed to enter judgment for Defendant, and to terminate this case.

Dated: New York, New York
       April 16, 2024

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge