UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
DAVID MCCAUSLAND, on behalf of himself and all others similarly situated,

                    Plaintiff,

      -against-                                22 **CIVIL** 7539 (PGG)

                                                        **<u>JUDGMENT</u>**

GRAY MEDIA GROUP, INC.,

                    Defendant.
------------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 16, 2024, this Court granted Defendant Gray Media Group, Inc.'s motion to dismiss the Amended Complaint on March 31, 2024. (Dkt. No. 59) In the order, this Court granted Plaintiff leave to move to amend, but directed that any such motion was to be filed by April 15, 2024. (Id. at 16) Plaintiff has not filed a motion for leave to amend. Judgment is entered for Defendant; accordingly, the case is closed.

**Dated:** New York, New York

      April 16, 2024

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                            **BY:**      *K. Mango*

                                                        **Deputy Clerk**