**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand twenty-four,

_____

David McCausland, on behalf of himself and all others similarly situated,

   Plaintiff - Appellant,

v.

Gray Media Group, Inc., Gray Television, Inc.,

   Defendants - Appellees.

_____

**ORDER**
Docket No. 24-1266

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 19 2024

A notice of appeal was filed on May 1, 2024. Appellant's brief and any required appendix, due July 15, 2024, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective July 30, 2024 if the brief and appendix are not filed by that date. No extension of time to file will be granted.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/19/2024